Jane Martinez
Counsel for Appellant
Law Office of Jane B. Martinez, LLC
P.O. Box 113201
Anchorage, AK  99511
(907) 264-6793

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Edward Gaylord Byford, Jr, ) | |
| ) | |
|       Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| Superintendent McCloud, Wildwood, ) | |
|       Respondent ) | D.Ct. No. 3:16-cv-000198-RRB |
| _____) | |

**STATUS REPORT RE: STATE COURT PROCEEDING**

As of August 10, 2017, Mr. Byford's petition for hearing remains pending in Alaska Supreme Court case number S-16672.

Dated this 10th day of August 2017.

                            /s/ Jane Martinez (CJA app't)
                            Jane Martinez
                            CJA Counsel for Mr. Byford
                            Law Office of Jane B. Martinez, LLC
                            P.O. Box 113201, Anchorage, AK 99511
                            (907) 264-6793 (ph.)

Certificate of Service.
I certify that on 8/10/17 this document
was served electronically on Eric Ringsmuth,
Office of Special Prosecutions and Appeals, for respondent.
/s/ Jane Martinez