Edward G. Byford Jr.
10125 Goose Berry Place
Anchorage, Alaska 99515
Pro-Se Representation



UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA (Anchorage)

| | |
|---|---|
| In Re: | District Civil Court Case |
| | |
| | No. 3:16-cv-00198-RRB |
| Edward G. Byford Jr. | |
| | |
| | Case Status Report |
|       Petitioner. | |
| | |
| vs. | |
| | |
| Superintendent McCloud | |
| | |
|       Respondent. | |

Plaintiff Edward G. Byford Jr. presents this Case Status Report re:

District Civil Court Case No. 3:16-cv-00198-RRB, as ordered via text only case docket entry

dated April 11, 2018 by the Honorable Ralph R. Beistline.

Plaintiff Edward G. Byford Jr. is currently in active relevant collaboration

with interested parties and expert witnesses regarding this case proceeding.

At the court's recommendation, at a Representation Hearing Held 1/19/2018 before the Honorable Ralph R. Beistline, Plaintiff Edward G. Byford Jr. actively seeks legal representation in order to suitably present Plaintiff's legal position for judicial review.

Plaintiff Edward G. Byford Jr. is indebted to the court for providing plaintiff adequate time to obtain the necessary supporting evidence and legal representation and thus requests a continuance of 60-days from 4/25/2018.

Plaintiff prays this pleading as presented satisfies the court's April 11, 2018 text only order for Case Status Report.

DATED: April 19, 2018

Presented by:

_[signature]_
Edward G. Byford Jr.
Pro-Se Plaintiff

cc: Eric Alan Ringsmuth (electronic); Stand-by counsel Jane B. Martinez (electronic)

**Extremely Urgent**

This envelope is for use with th

Visit the (1-800-742-5877)
to find a

**Domestic**

- To qualify ... contain
  correspo... nd must
  weigh 8 ... er than
  those lis... ht.

**Internatio**

- The UPS ... no commercial
  value. Certain countries consider electronic media ... nts. Visit
  ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less.
  UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media
containing sensitive personal information or breakable items. Do not send cash
or cash equivalent.



International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriag
the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulat

Serving yo

100% Recycled fiber
80% Post-Consumer