Eric A. Ringsmuth (0305019)
Assistant Attorney General
Office of Criminal Appeals
1031 W. 4th Avenue, Ste 200
Anchorage, AK 99501
Telephone: (907) 269-6260
Email: eric.ringsmuth@alaska.gov

Attorney for Respondent

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| EDWARD G. BYFORD, JR., | |
| Petitioner, | Case No. 3:16-CV-00198-RRB |
| vs. | STATUS REPORT |
| SUPERINTENDENT McCLOUD, | |
| Respondent. | |

The federal habeas case remains stayed. Edward Byford's state post-conviction relief case (*Byford v. State*, Case No. S-16672) is still pending in the Alaska Supreme Court.

Dated April 25, 2018.

>JAHNA LINDEMUTH
>ATTORNEY GENERAL
>
>s/ Eric A. Ringsmuth
>Eric A. Ringsmuth (0305019)
>Assistant Attorney General
>Office of Criminal Appeals
>1031 W. 4th Avenue, Suite 200
>Anchorage, Alaska 99501
>Telephone: (907) 269-6260
>Email: eric.ringsmuth@alaska.gov

**Certificate of Service**

I certify that on April 25, 2018, a copy of the foregoing Status Report was served on Edward G. Byford, Jr. at 10125 Goose Berry Place, Anchorage, AK 99515 by regular U.S. Mail and electronically on Jane Martinez.

s/ **Eric A. Ringsmuth**