
RECEIVED
DEC 31 2018
CLERK, ... COURT
...

Edward G. Byford Jr.
110 Kiss Court
Roseburg, OR 97471
Pro-Se Representation

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA (Anchorage)

| | |
|---|---|
| In Re: ) | District Civil Court Case |
| ) | |
| ) | No. 3:16-cv-00198-RRB |
| Edward G. Byford Jr. ) | |
| ) | |
| ) | Motion for Additional Time to |
| Petitioner. ) | |
| ) | Amend Petition |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| Superintendent McCloud ) | |
| ) | |
| Respondent. | |

On 10/29/2018, the Honorable Ralph R. Beistline, granted Plaintiff Edward G. Byford Jr. an extension of time to file an Amended Section 2254 Petition on or before December 31, 2018. Plaintiff presents the following pleading request.

Edward G. Byford Jr.
110 Kiss Court
Roseburg, OR 97471
Pro-Se Representation

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA (Anchorage)

| | |
|---|---|
| In Re: | Federal Civil Court Case |
| | No. 3:16-cv-00198-RRB |
| Edward G. Byford Jr. | |
| | Motion for Additional Time to |
| Petitioner, | Amend Petition |
| vs. | |
| Superintendent A. McCloud | |
| Respondent. | |

On 10/29/2018, the Honorable Ralph R. Beistline granted Plaintiff Edward G. Byford Jr. an extension of time to file an Amended Section 2254 Petition on or before December 31, 2018. Plaintiff presents the following pleading request.

Case 3:16-cv-00198-JKS Document 27 Filed 12/31/18 Page 2 of 4

Due to unexpected obstacles, limited resources and the magnitude of the proceeding before the court, Plaintiff Edward G. Byford Jr. respectfully requests additional time to finalize representation and present an Amended Section 2254 Petition for the Court's consideration. Plaintiff Edward G. Byford Jr. consulted with attorney's in the State of Oregon including attorney Thomas Coan of Portland, Oregon. Mr. Coan requires 90 days to review the files and determine if he can represent Plaintiff and file an Amended Petition.

Plaintiff Edward G. Byford Jr., is indebted to the court for providing Plaintiff adequate time to obtain accomplished legal representation to judiciously address the court.

Plaintiff assures the court he is diligent in his efforts to secure representation and prays this pleading as presented assures the court of Plaintiff's indubitable intent to proceed to culmination of a suitable amended petition.

DATED: December 27, 2018

Presented by:

_____
Edward G. Byford Jr.
Pro-Se Plaintiff

cc: Eric Alan Ringsmuth (electronic); Stand-by counsel Jane B. Martinez (electronic), Thomas Coan

UPS 2nd Day Air

sit **theupsstore.com** or call **1-800-PICK-UPS**® (1-800-742-5877) find a location near you.

Apply shipping documents on this side.

UPS Next Day Air Early

Do not use this envelope for:

**UPS Ground**
**UPS Standard**
**UPS 3 Day Select**®
**UPS Worldwide Expedited**®

mestic Shipments
o qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than hose listed or weighing more than 8 oz. will be billed by wei

ernational Shipments
he UPS Express Envelope may be used only for
alue. Certain countries consider electronic m
ps.com/importexport to verify if your shipm

o qualify for the Letter rate, the UPS Exp
JPS Express Envelopes weighing more tha

te: Express Envelopes are not
taining sensitive personal
cash equivalent.

Visit **theupsstore.com** to learn more about our Print & Business Services.





EDWARD G BYFOD JR
(907) 202-0054
THE UPS STORE #3134
10824 SE OAK ST
MILWAUKIE OR 97222-6694

SHIP US DISTRICT COURT
TO: 222 W 7TH AVE
ANCHORAGE AK 99513-7500

Serving you for more than 100 years
United Parcel Service.

  

national Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

01880250709  07/15  United Parcel Service